David Anthony **ADKINS**, as Administrator of the Estate of Susan Kent and Gary Gouge, Petitioner,

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Respondent.**

Supreme Court of Pennsylvania.

June 4, 1998.

### *ORDER*

PER CURIAM:

AND NOW, this 4th day of June, 1998, the petition for allowance of appeal is GRANTED; the order of the Commonwealth Court is REVERSED; and this matter is REMANDED to the Court of Common Pleas of Chester County consistent with this court's opinion in *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (Pa.) and *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (Pa.) (1998).

Vernon **HALL**, Petitioner,

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

June 4, 1998.

### *ORDER*

PER CURIAM:

AND NOW, this 4th of June, 1998, the matter is dismissed for failure to proceed.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Terry DENNIS, Petitioner.**

Supreme Court of Pennsylvania.

June 5, 1998.

Paul S. Goldman for petitioner.

### *ORDER*

PER CURIAM.

AND NOW, this 5th day of June, 1998, the Petition for Allowance of Appeal is granted. The Order of the Superior Court dated September 19, 1997, dismissing the appeal at No. 1204 Philadelphia 1997 is vacated. The matter is remanded to the Superior Court for disposition on the merits. Counsel for Petitioner, Terry Daniels, shall be afforded forty days to file a brief.